ML:AXB
F. #2019R01015

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 26 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

ADRIAN ROACH,

            Defendant.

------------------------------X

NOTICE OF MOTION

Criminal Docket No. CR 19-390

GLASSER, J.

LEVY, M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant ADRIAN ROACH's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           August 26, 2019

                                      RICHARD P. DONOGHUE
                                      United States Attorney
                                      Eastern District of New York
                                      Attorney for Plaintiff
                                      271-A Cadman Plaza East
                                      Brooklyn, New York 11201

                          By:    /s/ Anthony Bagnuola
                                      Anthony Bagnuola
                                      Assistant United States Attorney
                                      (718) 254-6232

Cc:    Clerk of the Court
       James Darrow, Esq. (via email)